IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-01547 ) ) |
| CORNERSTONE BUILDING BRANDS, INC., JAMES S. METCALF, ROSE LEE, KATHLEEN J. AFFELDT, GEORGE L. BALL, GARY L. FORBES, JOHN J. HOLLAND, WILLIAM E. JACKSON, WILBERT W. JAMES, JR., DANIEL JANKI, JOHN KRENICKI, JR., TIM O'BRIEN, JUDITH REINSDORF, NATHAN K. SLEEPER, and JONATHAN L. ZREBIEC, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 7, 2022

**GRABAR LAW OFFICE**

By: /s/ Joshua H. Grabar
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*